UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN NESTEL, JR.,

       Plaintiff,

vs.

DANIEL MENAKE, et al.,

       Defendants.
_____/

Civil Action No.
12-CV-12511

HON. MARK A. GOLDSMITH

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

The one-sentence "petition for restraint against transfer of property, money, and assets" (Dkt. 43), filed yesterday, is denied without prejudice for failure to comply with the following authority:

- E.D. Mich. LR 5.1(a)(2) (requiring pagination);

- E.D. Mich. LR 7.1(d)(1) (requiring motions to be accompanied by a brief);

- E.D. Mich. LR 7.1(d)(2) (requiring concise statement of issues presented and controlling or most appropriate authority for the relief sought);

- Rivet v. State Farm Mut. Auto. Ins. Co., 316 F. App'x 440, 449 (6th Cir. 2009) (requiring that arguments be supported and developed);

- Fed. R. Civ. P. 7(b)(1) (requiring that motions state "with particularity the grounds for seeking the order").

Counsel is directed to familiarize himself with the rules governing motion practice and, in particular, the rules governing the issuance of temporary restraining orders, before filing any additional papers with this Court.

SO ORDERED.

Dated: March 29, 2013                                s/Mark A. Goldsmith
       Flint, Michigan                              MARK A. GOLDSMITH
                                                          United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 29, 2013.

                                            s/Deborah J. Goltz
                                            DEBORAH J. GOLTZ
                                            Case Manager